IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CARLOS CAREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:20cv244-MHT |
| ) | (WO) |
| ADOC DIRECTOR OF CENTRAL ) | |
| RECORDS, et al., ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 5) is withdrawn.

(2) Plaintiff's motion to reconsider (doc. no. 9) the denial of his motion to amend is denied, except to the extent plaintiff seeks reconsideration of the denial of his request in the original motion to amend (doc. no. 6) to dismiss his original complaint voluntarily.

(3) Plaintiff's complaint (doc. no. 1) is voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(A)(i).

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of November, 2020.

                                  /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE